NO. 07-04-0092-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 27, 2004
_____

MATTHEW ANDRAE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE COUNTY COURT OF HALE COUNTY;

NO. 2003C-942; HONORABLE BILL HOLLARS, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On May 17, 2004, the parties filed an Agreement to Remand with this Court, indicating that this case should be remanded to the trial court for further proceedings.

It is therefore ordered, that the judgment of the trial court be reversed and the cause remanded to the trial court for further proceedings.

Phil Johnson
Chief Justice

Do not publish.